■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER ACOY, Appellant.
Memorandum: None of the three alleged incidents of prosecutorial misconduct was preserved for appellate review as a matter of law and we decline to exercise our power to review in the interest of justice. Further, we reject defendant's contention that the evidence was insufficient to sustain the conviction for criminal trespass. (Appeal from Judgment of Erie County Court, Rogowski, J.—Assault, 2nd Degree.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE M. RIVERA, Appellant.
Memorandum: The court properly sentenced defendant as a persistent violent felony offender. Defendant failed to establish that his prior violent felony convictions were unconstitutionally obtained *(see, People v Sailor,* 65 NY2d 224, *cert denied* 474 US 982; *People v Graham,* 67 AD2d 172, 179). The verdict was not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). The credibility of the complainant was for the jury to resolve. (Appeal from Judgment of Erie County Court, McCarthy, J.—Robbery, 1st Degree.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.